

STATE OF MINNESOTA

IN SUPREME COURT

A15-1274

March 16, 2016

**OFFICE OF APPELLATE COURTS**

In re Petition for Disciplinary Action against
James Richard Mayer, a Minnesota Attorney,
Registration No. 0312241.

ORDER

The Director of the Office of Lawyers Professional Responsibility filed a petition for disciplinary action alleging that respondent James Richard Mayer committed professional misconduct warranting public discipline—namely, misappropriating funds from a non-profit organization, including by forging signatures on checks, while serving as an officer of that non-profit. *See* Minn. R. Prof. Conduct 8.4(b) and 8.4(c).

Respondent waives his rights under Rule 14, Rules on Lawyers Professional Responsibility (RLPR), withdraws his previously filed answer, and unconditionally admits the allegations in the petition. The parties recommend that, in light of mitigating factors, the appropriate discipline is an indefinite suspension with no right to petition for reinstatement for 18 months.

The court has independently reviewed the file and approves the recommended disposition.

Based upon all the files, records, and proceedings herein,

1

IT IS HEREBY ORDERED THAT:

1. Respondent James Richard Mayer is indefinitely suspended from the practice of law, effective as of the date of this order, with no right to petition for reinstatement for 18 months.

2. Respondent may petition for reinstatement pursuant to Rule 18(a)-(d), RLPR. Reinstatement is conditioned on successful completion of the professional responsibility portion of the state bar examination and satisfaction of continuing legal education requirements pursuant to Rule 18(e), RLPR.

3. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals), and shall pay $900 in costs pursuant to Rule 24, RLPR.

Dated: March 16, 2016

BY THE COURT:

David R. Stras
Associate Justice

LILLEHAUG, J., took no part in the consideration or decision of this case.